**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

BRADLEY SCHNEIDER — CIVIL ACTION NO. 5:26-0375

VERSUS — JUDGE S. MAURICE HICKS, JR.

SAMANTHA GWIN, ET AL. — MAGISTRATE JUDGE MCCLUSKY

## JUDGMENT

The Report and Recommendation (Record Document 18) of the Magistrate Judge having been considered, no objections thereto having been filed and for the additional reasons set forth in the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss (Record Document 7) filed by Defendants Amanda Gill, Samantha Gwin, and the City of Shreveport is **GRANTED**. Plaintiff's federal law claims under 42 U.S.C. § 1983 and his state law claims against said Defendants are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of September, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE